STRALEY, HASBROUCK & SCHLOEDER v. SCHNEPP.

(Supreme Court, Appellate Term. February 4, 1907.)

APPEAL—REVIEW—FINDINGS OF JURY—PREPONDERANCE OF EVIDENCE.
    Where the evidence is not, as a matter of law, preponderating on either side, the determination of the jury will not be set aside as contrary to the weight of evidence.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, § 3935.]

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Straley, Hasbrouck & Schloeder against Catharine Schnepp.   Judgment for defendant, and plaintiffs appeal.   Affirmed.

See 93 N. Y. Supp. 1082.

Argued before GILDERSLEEVE, BLANCHARD, and DAYTON, JJ.

D. W. Steele, Jr., for appellants.

Patrick J. O'Beirne, for respondent.

PER CURIAM.   The charge of the learned trial judge sufficiently stated the law applicable to the evidence before the jury; and, since the evidence was not, as a matter of law, preponderating on either side, the determination of the jury will not be set aside as contrary to the weight of evidence.

Judgment affirmed, with costs.